UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO LOZANO VALDOBINOS,<br><br>Defendant. | CASE NO. CR04-145C<br><br>ORDER |

This matter comes before the Court on the parties Stipulated Briefing Schedule, Re: *Ameline* Limited Remand (Dkt. No. 158).

Filing of the supplemental pleadings described in this Court's December 7, 2005 Order (Dkt. No. 155) shall proceed as follows:

(1) Defendant's Opening Brief, not to exceed 10 pages, is due January 27, 2006.

(2) The Government's Response, not to exceed 10 pages, is due February 3, 2006.

(3) Defendant's Reply, not to exceed 5 pages, is due February 10, 2006.

(4) The Noting Date in this matter will be February 10, 2006. After review of the briefing, the Court will determine whether oral argument is necessary or other proceedings are called for, consistent

//

ORDER – 1

1  with the December 7, 2005 Order.

2  SO ORDERED this 20th day of December, 2005.

*[signature: John C. Coughenour]*

John C. Coughenour

United States District Judge

26 ORDER – 2